**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: American Medical Systems, Inc., Pelvic Repair System
Products Liability Litigation
MDL No. 2325*

**Civil Action No.**  2:13-cv-28302

---

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named

below, incorporate The First Amended Master Complaint in MDL No. 2325 by reference.

Plaintiff(s) further show the court as follows:

1.  Female Plaintiff

    Fanny Ramos

2.  Plaintiff Spouse

    Leroy Ramos

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    N/A_____

4.  State of Residence

    Florida_____

5.  District Court and Division in which venue would be proper absent direct filing The

    United States District Court for the Southern Division of Florida

    _____

6.  Defendants (Check Defendants against whom Complaint is made):

    ☒      A. American Medical Systems, Inc. ("AMS")

Revised: 5/29/13

☐    B.  Ethicon, Inc.

☐    C.  Ethicon, LLC

☐    D.  Johnson & Johnson

☐    E.  Boston Scientific Corporation

☐    F.  C. R. Bard, Inc. ("Bard")

☐    G.  Sofradim Production SAS ("Sofradim")

☐    H.  Tissue Science Laboratories Limited ("TSL")

☐    I.  Mentor Worldwide LLC

☐    J.  Coloplast Corp.

7.  Basis of Jurisdiction

☒    Diversity of Citizenship

☐    Other:_____

A.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

11-13_____

_____

_____

B.  Other allegations of jurisdiction and venue

N/A_____

_____

_____

_____

8. Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

☐ A. Apogee;

☐ B. Perigee;

☐ C. MiniArc Sling;

☐ D. Monarc Subfascial Hammock;

☒ E. SPARC;

☐ F. In-Fast;

☐ G. BioArc;

☐ H. Elevate;

☐ I. Straight-In;

☐ J. Other

_____

_____

9. Defendants' Products about which Plaintiff is making a claim.  (Check applicable products)

☐ A. Apogee;

☐ B. Perigee;

☐ C. MiniArc Sling;

☐ D. Monarc Subfascial Hammock;

☒ E. SPARC;

☐ F. In-Fast;

☐ G. BioArc;

☐ H. Elevate;

☐ I. Straight-In;

☐      J.  Other;

_____

_____

10. Date of Implantation as to Each Product

November 24, 2010

_____

_____

11. Hospital(s) where Plaintiff was implanted (including City and State)

Miami VA Healthcare in Miami, Florida

_____

12. Implanting Surgeon(s)

Dr. Y. Koch, M.D.

_____

13. Counts in the Master Complaint brought by Plaintiff(s)

⊠      Count I - Negligence

⊠      Count II – Strict Liability – Design Defect

⊠      Count III – Strict Liability – Manufacturing Defect

⊠      Count IV – Strict Liability – Failure to Warn

⊠      Count V -  Strict Liability – Defective Product

⊠      Count VI - Breach of Express Warranty

⊠      Count VII – Breach of Implied Warranty

⊠      Count VIII – Fraudulent Concealment

⊠      Count IX –   Constructive Fraud

⊠      Count X - Discovery Rule, Tolling and Fraudulent Concealment

⊠      Count XI – Negligent Misrepresentation

☒      Count XII – Negligent Infliction of Emotional Distress

☒      Count XIII – Violation of Consumer Protection Laws

☒      Count XIV – Gross Negligence

☒      Count XV -   Unjust Enrichment

☒      Count XVI - (By the Spouse) – Loss of Consortium

☒      Count XVII – Punitive Damages

☐      Other _____ (please state the facts supporting this Count in the space, immediately below)

☐      Other _____ (please state the facts supporting this Count in the space, immediately below)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

s/Kevin J. Davidson
_____
Attorneys for Plaintiff
_____

Address and bar information:
Kevin J. Davidson, Esq #49975
The Zevan & Davidson Law Firm, LLC
One North Taylor Avenue
Saint Louis, Missouri 63108
618/588-7200